# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129053
& (62)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TERRA ENERGY, LTD.,
      Plaintiff-Counter
      Defendant-Appellee,

v

                                  SC: 129053
                                  COA: 254159
                                  Antrim CC: 99-007582-CK

WHITE PINE ENTERPRISES,
L.L.C., and STAR ENERGY, INC.,
      Defendants-Counter
      Plaintiffs-Appellants.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006 _____

_____
Clerk

l0123